IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BRENDA M. BOWMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:13-cv-00063 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VANTIUM CAPITAL, INC., d/b/a | ) | By: Hon. Jackson L. Kiser |
| ACQURA LOAN SERVICES, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Plaintiff Brenda M. Bowman ("Plaintiff") filed a Complaint in state court alleging that Defendant Vantium Capital, Inc., doing business as Acqura Loan Services ("Vantium"), violated the Real Estate Settlement Procedures Act ("RESPA"). Vantium removed the action to this Court and moved to dismiss the Complaint for failure to state a claim, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiff responded, and the issues were fully briefed by the parties. I heard oral arguments on January 6, 2014, and the matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, Vantium's Motion to Dismiss [ECF No. 6] is hereby **GRANTED**. Plaintiff is granted leave to amend her Complaint within fourteen (14) days of the date of this Order, if she so chooses.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

Entered this 13th day of January, 2014.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE